# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT EARL STEWART,

    Petitioner,

  vs.

CONNIE GIPSON, Warden,

    Respondent.

   ) Case No. CV12-7167-GAF (DTB)
)
)
) ORDER ACCEPTING FINDINGS,
) CONCLUSIONS AND
) RECOMMENDATIONS OF UNITED
) STATES MAGISTRATE JUDGE
)
)
)

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice as untimely.

DATED:  1/15/13

           GARY A. FEESS
           UNITED STATES DISTRICT JUDGE

1