JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL STEWART, | Case No. CV12-7167-GAF (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 1/15/13

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1